988

Present
—Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.

■ DONALD BOWKER et al., Respondents, v. UNITED INTERCHANGE, INC., Appellant.—

Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

In decisions Nos. 7–22: Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANDREW O'SUTCH, Appellant.— Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Philip G. Rosenberg, Esq., 455 Warren St., Hudson, N. Y., is assigned as attorney to prosecute appeal.

■ (A) RAYMOND BURNASH, Appellant, v. WILLIAM E. DUNN et al., Respondents. EMPLOYERS MUTUAL LIABILITY INSURANCE COMPANY OF WISCONSIN, Appellant, v. WILLIAM E. DUNN et al., Respondents. (B) In the Matter of the Claim of EVELYN HENDRIX, Appellant, v. HENDRICKSON BROTHERS et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondents. (C) In the Matter of the Claim of MARIE CONNOLLY, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (D) In the Matter of the Claim of CATHERINE D. CARL, Respondent, v. WEST HILL SANITARIUM et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent. (E) In the Matter of the Claim of NATALIE H. GUDMUNDSEN, Respondent, v. OLIN-MATHIESON CHEMICAL CORPORATION (E. R. Squibb & Sons Division), Appellant. WORKMEN'S COMPENSATION BOARD, Respondent. (F) JAMES NEISH, Respondent, v. EDWARD WALSH, Appellant. (Action No. 1.) MABEL EMANUEL, Respondent, v. EDWARD WALSH, Appellant. (Action No. 2.) HELEN ALOI, Respondent, v. EDWARD WALSH, Appellant. (Action No. 3.) (G) RONALD CARR, Appellant, v. STATE OF NEW YORK, Respondent.— [In each action] Motions for permission to appeal to the Court of Appeals denied, without costs.

■ In the Matter of MAX ORDA et al., Appellants, v. STATE TAX COMMISSION, Respondent.— Motion for permission to reargue or in the alternative to appeal to the Court of Appeals denied, without costs.